# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __7__

------------------------------------------------

Victor Davis

USCA NO. _____

-v-

SDNY NO. __07cv3047__
JUDGE: __KMW__
DATE: __6 / 20/ 2007__

New York State Division of Parole et al

------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS

DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

(√) Original Record                                            (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __20th__ Day of __June__, 2007.

**United States District Court for the Southern District of New York**

---------------------------------------------------------------

Ronald Defeo

-V-

MD Stephen O Schwartz

---------------------------------------------------------------

Date: 5 / 20 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv3038__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**            **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __20th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____

Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03047-KMW
#### Internal Use Only

Davis v. New York State Division of Parole et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 04/16/2007
Date Terminated: 04/16/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Davis.(jeh) (Entered: 04/24/2007) |
| 04/16/2007 | 2 | COMPLAINT against Steve Rosenblum, Marietta S. Gailor, Debra J. Loomis, Rossario Guy Vizzie, Jr, Linda Whitmore & Associates, Linda M. Whitmore, Darlene Harris, Eileen Feliciano, New York State Division of Parole, Brion Travis, Robert Dennison, Wilson Benejan, Terry Schiff, Maria Walton, Michael Marasa. Document filed by Victor Davis.(jeh) (Entered: 04/24/2007) |
| 04/16/2007 | | Magistrate Judge James C. Francis is so designated. (jeh) (Entered: 04/24/2007) |
| 04/16/2007 | 3 | MOTION to Appoint Counsel. Document filed by Victor Davis.(jeh) (Entered: 04/24/2007) |
| 04/16/2007 | 4 | ORDER OF DISMISSAL; Plaintiff request to proceed in forma pauperis is granted; however, for reasons set forth in this order, his application for the appointment of counsel is denied as moot. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/24/2007) |
| 04/16/2007 | 5 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/24/2007) |
| 05/09/2007 | 6 | NOTICE OF APPEAL from [5] Judgment - Sua Sponte (Complaint), Document filed by Victor Davis. Copies of Notice of Appeal mailed to attorney(s) of record: NY State Attorney General. (nd) (Entered: 06/19/2007) |
| 05/09/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Victor Davis. IFP REVOKED ON 4/16/2007, $455.00 APPEAL FILING FEE DUE.(nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (nd) (Entered: 06/19/2007) |