

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

March 17, 2008

By Hand Delivery
Hon. William H. Pauley III
United States District Judge
500 Pearl Street, Rm. 2210
New York, New York 10007

Re: Victor Davis v. Travis, et al., 07-CV-3047 (WHP)

Dear Judge Pauley:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for parole defendants. I am writing respectfully to request an enlargement of time for defendants to answer or otherwise move with respect to the above-captioned complaint, up to and including May 2, 2008. Defendant Marasa was served with a copy of the complaint on February 29, 2008, making a responsive pleading due by March 20, 2008, while Defendant Rosenblum was served on March 4, 2008, making a responsive pleading due for him on March 24, 2008.

    However, none of the other defendants named in the complaint have been served with copies of the complaint. Nevertheless, the Office of the Attorney General anticipates that we will be representing defendants Brion Travis, Robert Dennison, Wilson Benejan, Terry Schiff, Maria Walton, Marietta Galior, Debra Loomis and Rosario Guy Vizzie Jr. ("parole defendants") as well, if and when they are properly served. In the interest of judicial economy, I respectfully request the enlargement of time in order to afford plaintiff the opportunity to serve the remaining defendants and for defendants to submit one answer or motion on behalf of the all named parole defendants. By making this request on behalf of the parole defendants, I am not waiving any rights that the individuals who have not yet been served may have, such as the right to assert the defense of lack of personal jurisdiction. This is the defendants' first request for an enlargement of time. Plaintiff has not been consulted because of the difficulties in communicating with pro se inmates.

The reason for the enlargement request until May 2, 2008 is to also allow the Office of the Attorney General to make the appropriate representation determinations for all the defendants named under the New York Public Officers' Law §17 and to file an appropriate responsive pleading once all the named parole defendants have been properly served. I thank the Court for its consideration in this matter.

Respectfully submitted,

Julia H. Lee
Assistant Attorney General
212-416-6234 (telephone)
212-416-6075 (facsimile)

cc:   Victor Davis, plaintiff pro se

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.