UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VICTOR DAVIS,                              :

                     Plaintiff,    :    07 Civ. 3047 (WHP)

                -against-        :    ORDER

NEW YORK STATE DIVISION OF                 :
PAROLE et. al.,
                                           :
                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Plaintiff pro se's application to move for a temporary restraining order or a preliminary injunction against Defendants to allow Plaintiff to be released from the Camp Gabriels Correctional Facility to Ms. Bradley rather than the public shelter system is denied. Plaintiff pro se's application to move for a default judgment against Defendants Linda Whitmore & Associates and Linda M. Whitmore is denied as moot in light of an April 25, 2008 letter from Assistant Attorney General Julia H. Lee indicating that Defendants have requested representation from the Attorney General's office.

Dated: April 30, 2008
       New York, New York

                                 SO ORDERED:

                                 _____
                                 WILLIAM H. PAULEY III
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

*Copies Mailed To:*

Victor Davis
94A5686
Camp Gabriels Corr. Fac.
P.O. Box 100
Gabriel, NY 12938-0100
*Plaintiff Pro Se*

Julia H. Lee, Esq.
Assistant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*