



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau



April 25, 2008

By Hand Delivery
Hon. William H. Pauley III
United States District Judge
500 Pearl Street, Rm. 2210
New York, New York 10007

                Re: <u>Victor Davis v. Travis</u>, <i>et al.</i>, 07-CV-3047 (WHP)

Dear Judge Pauley:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for parole defendants. <u>I am writing respectfully to request an enlargement of time for defendants Linda Whitmore and Linda Whitmore & Associates to answer or otherwise move with respect to the above-captioned complaint, up to and including June 2, 2008.</u> Defendants Whitmore and her court reporting services company requested representation from this office in this litigation as contractual employees of the New York State Division of Parole ("DOP"). At this time, this office has not determined whether we will be able to represent Ms. Whitmore and her company for purposes of this litigation. Therefore, I write as a courtesy, to request more time on her behalf so that she may obtain private counsel if needed and to answer or otherwise move and to not declare defendant Whitmore or her company in default at this time.

Hon. William H. Pauley III
April 25, 2008
Page 2

      This is the defendant Whitmore's first request for an enlargement of time. Plaintiff has not been consulted because of the difficulties in communicating with pro se inmates.

Respectfully submitted,

Julia H. Lee
Assistant Attorney General
212-416-6234 (telephone)
212-416-6075 (facsimile)

cc:    Victor Davis, plaintiff pro se
Din No. 94-A-5686
Camp Gabriels C.F.
P.O. Box 100
Gabriels, NY 12939

Linda M. Whitmore
Linda Whitmore & Associates
39 Wilder Road
Monsey, NY 10952

Application Granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/1/08