UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VICTOR DAVIS,                                :

                Plaintiff,    :    07 Civ. 3047 (WHP)

        -against-                   :    <u>ORDER</u>

NEW YORK STATE DIVISION OF                   :
PAROLE et. al.,
                                          :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

WILLIAM H. PAULEY III, District Judge:

       The initial pre-trial conference is adjourned from May 16, 2008 to June 23, 2008 at 2:00 p.m.  The Clerk of the Court is directed to strike the motion to dismiss filed on May 2, 2008 [Docket No. 30).

Dated: May 21, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copies Mailed To:*

Victor Davis
94A5686
Camp Gabriels Corr. Fac.
P.O. Box 100
Gabriel, NY 12938-0100
*Plaintiff Pro Se*

Julia H. Lee, Esq.
Assistant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*