Linda Whitmore
39 Wilder Avenue
Wesley Hills, NY 10952



United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
*Pro Se* Office
500 Pearl Street, Room 230
New York, NY 10007

Re:   Victor Davis v. Travis, et al.
      07-CV-3047

Dear Clerk of the Court:

   Enclosed for filing please find the Answer for Defendants LINDA WHITMORE & ASSOCAITES and LINDA WHITMORE.

   It is requested that I be allowed to join in upon the Motion made by the State of New York Attorney General's Office to dismiss the Amended Complaint.

   It is requested that I be sent copies of all papers previously served in this action and informed of all proceedings.

                                              Very truly yours,

                                              Linda Whitmore
                                              Linda Whitmore

Encl.
CC:   Hon. William H. Pauley, III
         US District Judge

      Victor Davis #94-A-5686

      State of NY Office of Attorney General
         Attention: Dept of Law Julia H. Lee, AAG

Application Denied. The Court will hold an initial pre-trial conference and pre-motion conference on June 23, 2008 at 2:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/4/08