UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VICTOR DAVIS,                              :

                Plaintiff,     :      07 Civ. 3047 (WHP)

      -against-                        :      SCHEDULING ORDER NO. 1

NEW YORK STATE DIVISION OF                 :
PAROLE et. al.,
                                   :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se, Defendant Linda M. Whitmore, and counsel for the remaining Defendants having appeared for a conference on June 23, 2008, the following schedule is established on consent:

1. Defendants shall file and serve their motion to dismiss by June 23, 2008;

2. Plaintiff pro se shall file and serve his opposition to the motion by July 9, 2008; and

3. Defendant shall file and serve any reply on the motion by July 16, 2008.

Dated: June 25, 2008
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

*Copies Mailed To:*

Victor Davis
40 Croton Terrace, Apt. 2
Yonkers, NY 10701
*Plaintiff <u>Pro Se</u>*

Julia H. Lee, Esq.
Assistant Attorney General
Litigation Bureau
120 Broadway
New York, NY 10271-0332
*Counsel for Defendants*