Linda Whitmore
39 Wilder Road
Wesley Hills, New York 10952

JUL -  2008

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pro Se Office
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

Re:  Victor Davis v. Travis, et al.
     07-CV-3047

Honorable William H. Pauley, III and Clerk of the Court,

    Your Honor, as defendant Linda Whitmore and Linda Whitmore and Associate, I respectfully request that I be allowed to join in upon the Motion to Dismiss made by the State of New York Attorney General's Office, attorney for Defendants Travis et al., to dismiss the Complaint in it's entirety in the matter of Davis v. Travis, et al, 07-CV-3047.

                              Respectfully submitted,

                              Linda Whitmore, Pro Se

Encl.
CC:    Hon. William H. Pauley, III
        US District Judge

Application Granted
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/9/08

        Victor Davis
        40 Croton Terr., Apt. 2, Yonkers, NY 10701
        (Enclosed Answer which was returned from Camp Gabriels)

        State of NY Office of Attorney General
        Attention: Dept. of Law, Julia H. Lee, AAG